UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KELLY D. WHEELER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:19cv3293RLW |
| ) | |
| CLIENT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Court having been notified that this matter has settled,

**IT IS HEREBY ORDERED** that all pending motions are denied with prejudice and the R16 Conference scheduled for March 27, 2020 is vacated.

**IT IS FINALLY ORDERED** that counsel shall file within forty-five (45) days from the date of this Order, file a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

*Ronnie L. White*
RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE

Dated this 11th day of March, 2020.